CRIMINAL COMPLAINT

**VICTIM CASE**

| United States District Court | DISTRICT of ARIZONA |
|---|---|

| **United States of America**<br>**v.**<br>**Miguel Angel GASTELUM-Acedo**<br>DOB: xx/xx/1963;<br>Guatemalan Citizen | DOCKET NO.    AUG - 3 2011 <br><br> CLERK U S DISTRICT COURT <br> DISTRICT OF ARIZONA <br> BY_____ DEPUTY <br><br> MAGISTRATE'S CASE NO. <br> **11-05351M** |

| Complaint for violation of Title   18 | United States Code §   111 (a)(1) |
|---|---|

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about August 1, 2011, at or near Sonoita, in the District of Arizona, **Miguel Angel GASTELUM-Acedo** intentionally and forcibly did assault, resist, oppose, impede, intimidate, and interfere with Border Patrol Agent,Michael Steinberg, an Officer of the United States engaged in the performance of his official duties, with the act involving physical contact with Officer Steinberg, in violation of Title 18, United States Code, Sections 111(a).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On or about August 1, 2011, at or near Sonoita, in the District of Arizona, Border Patrol Agents Michael Steinberg and Jeffry Murdoch encountered a group of suspected illegal aliens. One of the individuals, later identified as **Miguel Angel GASTELUM-Acedo**, began to run. Agent Steinberg identified himself as a Federal Agent and began pursuit. **GASTELUM** turned towards Agent Steinberg, brought his hands up and assumed a fighting stance. Steinberg tried to place him in custody and a struggle ensued and Agent Steinberg deployed his Oleoresin Capsicum Spray. **GASTELUM** escalated his violence by trying to bite Steinberg's face. **GASTELUM** then grabbed a nearby rock, to which Steinberg struck **GASTELUM** in his arms with his baton to avoid being struck. **GASTELUM** then grabbed Steinberg's holster on his duty belt in an attempt to gain control of Steinberg's weapon. Steinberg then struck **GASTELUM** in his head with his maglite and was then able to place handcuffs on **GASTELUM**.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

| Recommend Detention   Rui Wang <br>    Being duly sworn, I declare that the foregoing is <br>    true and correct to the best of my knowledge. | SIGNATURE OF COMPLAINANT |
|---|---|
| | OFFICIAL TITLE <br> Border Patrol Agent |

Sworn to before me and subscribed in my presence.

| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE <br> August 3, 2011 |
|---|---|

[1] See Federal rules of Criminal Procedure Rules 3 and 54

**VICTIM CASE**